175 A.3d 166

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF–RESPONDENT, v. T.F., DEFENDANT–PETITIONER.

C–330 September Term 2017
079459

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001813–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.